Timothy Lee COLES, Plaintiff—
Appellant,

v.

Commonwealth of VIRGINIA, Department of Corrections; A. Cotrell; S. Chambers; D. Forbes, Defendants–Appellees.

No. 11–7390.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2012.

Decided: April 6, 2012.

Timothy Lee Coles, Appellant Pro Se.

Before AGEE, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lee Coles appeals the district court's order dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coles v. Virginia,* No. 3:11–cv–00192–REP (E.D.Va. Sept. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*